tioner. *Acting Solicitor General Stern* for the United States. .
██.

No. 414. McFEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Elden McFarland* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States. .

No. 503. HERRERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *John C. Stevenson* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States. .

No. 517. FLORENTINE *v.* LANDON, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. C. A. 9th Cir. Certiorari denied. *Dolly Lee Butler* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent. .

No. 520. RICKER ET AL., DOING BUSINESS AS EDW. M. RICKER & Co., *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harold C. Faulkner* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. .

No. 543. CLAY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Byron N. Scott* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger* and *Melvin Richter* for the United States. .
.
.